**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                                                                    **CASE NO. 1:09CR17-SPM-AK**

**TIBOR ALEX GUBA,**

    **Defendant.**

_____/

## ORDER

On this date, Defendant appeared for arraignment on the indictment and for hearing on Defendant's motion for return of property. Doc. 13. At that time, the Government placed this Court's jurisdiction in issue, arguing that because DEA had begun the administrative process necessary to secure forfeiture of the contested certified check, this Court no longer had jurisdiction to hear the motion filed pursuant to Fed. R. Crim. P. 41(g). Having heard the argument of counsel and the evidence offered by the Government, the Court believes that additional briefing on the issue of this Court's jurisdiction to proceed with the motion for return of property is appropriate.

Furthermore, Defendant has now secured private counsel, who has entered a notice of appearance on his behalf, Doc. 22, and who appeared with Defendant in court, and the Public Defender has moved to withdraw from further representation, which will be granted.

Accordingly, it is **ORDERED**:

That the Government shall file a memorandum in support of its argument that this Court does not have jurisdiction to proceed further with the motion for return of property no later than **Wednesday, May 27, 2009**;

That Defendant shall file a memorandum in response no later than **Wednesday, June 3, 2009**;

That the motion to withdraw, Doc. 23, is **GRANTED**, and Randolph Murrell and the Federal Public Defender's Office is hereby relieved of any further representation of this Defendant in this case.

**DONE AND ORDERED** at Gainesville, Florida this 19th day of May, 2009.

S/A. Kornblum
 **ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**