IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 1:09-CR-17-SPM/AK

TIBOR ALEX GUBA,

    Defendant
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Government's Oral Motion to Prevent Transfer of a Liquor License (doc. 67) and Motion for a Restraining Order or an Injunction (doc. 68). The parties have each been furnished a copy and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 71) is *adopted* and incorporated by reference in this order.

2. The Government's Oral Motion to Prevent Transfer of a Liquor License (doc. 67) and Motion for a Restraining Order or an Injunction (doc. 68) are **denied**.

DONE AND ORDERED this tenth day of August, 2009.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge