IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 1:09-CR-17-SPM/AK

TIBOR ALEX GUBA,

    Defendant
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Defendant's Motion for Return of a Cashier's Check Prior to Trial (doc. 13). The Defendant has been furnished a copy of the Magistrate Judge's Report and Recommendation (doc. 42) and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 42) is *adopted* and incorporated by reference in this order.

2. The Defendant's Motion for Return of Property Prior to Trial (doc. 13) is **denied**.

DONE AND ORDERED this <u>eighteenth</u> day of August, 2009.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge