IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:09cr17-SPM

TIBOR ALEX GUBA,

    Defendant.
_____/

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

This cause comes before the Court on Defendant's "Motion to Travel" doc. 276).  Defendant is currently subject to a one year term of supervised release which prohibits him from leaving the judicial district without the permission of the court or probation officer.  Defendant advises that his 73 year old mother lives alone in Romania and is ill.  Defendant has requested to travel to Romania in order to take care of his mother.  Upon consideration, and despite the government's objection, the motion (doc. 276) is **granted**.  Defendant is hereby authorized to travel to provide care for his mother.  All other aspects of the sentence previously imposed shall remain in full force and effect.

DONE AND ORDERED this 21st day of November, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge